United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Tracy Scroggins, Quinn Gray, and Danny Gorrer, individually and on behalf of all others similarly situated, and Rose Stabler, as spouse of the deceased, Kenney Stabler, Plaintiffs, v. <br><br> National Football League, Inc., Defendant. | ) ) ) ) ) ) ) ) | Civil Action No. 16-60644-Civ-Scola |

## Order Staying And Administratively Closing Case Pending Transfer To MDL No. 2323

This lawsuit involves allegations premised on negligence and concealment arising out of concussions and head injuries allegedly suffered by plaintiffs during their professional football careers in the NFL. The case involves common questions of fact with other cases that have been transferred to the Eastern District of Pennsylvania for consolidation or coordination as part of the Judicial Panel on Multidistrict Litigation, Docket Number 2323. A Notice of Potential Tag-Along Action (Case MDL No. 2323, ECF No. 644) and a Condition Transfer Order (CTO-97) (Case MDL No. 2323, ECF No. 645) have already been filed in that case, referencing this lawsuit as a tag-along action that should be transferred.

In light of the existence of this multidistrict litigation, and the likelihood that the Panel will transfer this action, the Court **stays** this case pending the Panel's determination as to whether the transfer of this action is appropriate. The Plaintiffs may serve the Defendant during this stay.

The Clerk of the Court will **administratively close** this case, for statistical purposes only and without prejudice to the substantive rights of any of the parties, during the pendency of this stay. Any party may move to reopen this case at the appropriate time.

**Done and ordered**, at Miami, Florida, on April 21, 2016.

Robert N. Scola, Jr.
United States District Judge